AO 442 (Rev. 11/11) Arrest Warrant

AR
USDC- BALTIMORE
24 JAN 26 AM 11:43

# UNITED STATES DISTRICT COURT
for the
District of Maryland

✓ FILED   ___ ENTERED
___ LOGGED   ___ RECEIVED

4:44 pm, Jan 26 2024
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____JK_____ Deputy

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 1:24-mj-00156-JMC |
| | ) | |
| OWEN JARBOE | ) | |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   OWEN JARBOE                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment   ❏ Superseding Indictment   ❏ Information   ❏ Superseding Information   ☑ Complaint
❏ Probation Violation Petition   ❏ Supervised Release Violation Petition   ❏ Violation Notice   ❏ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2261A(2)(B) Interstate stalking

Date: January 18, 2024

_____
Issuing officer's signature

City and state:   Baltimore, Maryland           Honorable J. Mark Coulson, U.S. Magistrate Judge
                                                *Printed name and title*

---

**Return**

This warrant was received on *(date)* 1/18/24, and the person was arrested on *(date)* 1/18/24
at *(city and state)* Hagerstown, Md.

Date: 1/22/24

_____
Arresting officer's signature

K. Sedorwsh
*Printed name and title*