AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| United States of America | ) |
|---|---|
| v. | ) |
| Owen Jarboe | ) Case No. 1:24-cr-00023-JRR |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Owen Jarboe,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment ❏ Superseding Indictment ❏ Information ❏ Superseding Information ❏ Complaint
❏ Probation Violation Petition ❏ Supervised Release Violation Petition ☑ Violation Notice ❏ Order of the Court

This offense is briefly described as follows:

Violation of Pretrial Conditions of Release - Title 18, United States Code, section 3148(b)

Date: January 30, 2024

_____
Issuing officer's signature

City and state:   Baltimore, Maryland             Erin Aslan, U.S. Magistrate Judge
                                                 *Printed name and title*

---

### Return

This warrant was received on *(date)* 01/30/24, and the person was arrested on *(date)* 02/01/24
at *(city and state)* Baltimore, MD.

Date: 02/01/24

_____
Arresting officer's signature

SA LUCAS WREN, FBI
*Printed name and title*