IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| vs. | * | Case No. JRR-24-0023 |
| OWEN JARBOE | * | |

\*\*\*\*\*\*

### ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT

Upon motion of the United States for Temporary Detention, it is ORDERED that a detention hearing is set for <u>February 9, 2024</u> *(date)* at <u>1:30 PM</u> *(time)* before *Adam Abelson* TTD 2/1/24 ~~Erin Aslan~~, United States Magistrate Judge, 101 West Lombard Street, Baltimore, Maryland 21201 Courtroom 7B.

Pending this hearing, the defendant shall be held in custody by (the United States Marshal) (Defendant to be held at <u>CDF</u>) (Other Custodial Official) and produced for the hearing.

Date: February 1, 2024

Erin Aslan
United States Magistrate Judge

U.S. District Court (4/2000) Criminal Magistrate Forms: Order Temp. Detention