IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

vs.

OWEN JARBOE

Case No. 24-CR-23-JRR

\*\*\*\*\*\*

## ORDER OF DETENTION BY AGREEMENT

A hearing, having been held on this date, at which the defendant was represented by Courtney Francik (AFPD), and the Government was represented by Assistant United States Attorney James O'Donohue, it is

**ORDERED**, this 11th day of April 2024, that the above-named defendant be, and the same hereby is, DETAINED by agreement of the parties without prejudice to either side requesting a prompt hearing to set appropriate conditions of release or otherwise address the detention of the defendant.

Charles D. Austin
United States Magistrate Judge