AO 442 (Rev. 11/11) Arrest Warrant

USDC- BALTIMORE
'24 APR 11 AM 11:56

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| United States of America | ) |
| v. | ) |
| OWEN JARBOE | ) Case No. JRR-24-CR-0023 |
| | ) |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   OWEN JARBOE
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☑ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
Violation of pretrial release conditions as set forth in "4th Notice of Apparent Violation/Warrant Requested," dtd April 8, 2024

Date:   04/09/2024

*Issuing officer's signature*

City and state:   Baltimore, Maryland

Adam B. Abelson
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 04/10/2024, and the person was arrested on *(date)* 04/10/2024
at *(city and state)* Baltimore, MD.

Date: 04/11/2024

*Arresting officer's signature*

DUSM Kenneth Dunckel
*Printed name and title*

HD

Rcv'd by: ___