

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | **SEALED** |
| | * | |
| v. | * | |
| | * | CRIM NO. JRR-24-0023 |
| OWEN JARBOE, | * | |
| EVAN STRAUSS, | * | |
| and | * | |
| BRAYDEN GRACE, | * | |
| | * | |
| Defendants. | ******* | |

## MOTION TO SEAL

The United States of America, by and through undersigned counsel respectfully moves this Court for an order sealing the Indictment, Arrest Warrants, and other documents together with this Motion in the above-referenced matter, and in support thereof states:

1. The Indictment and Warrants contain information regarding an ongoing investigation into violations of 18 U.S.C. § 371 (Conspiracy); 18 U.S.C. § 2261A(2)(B) (Interstate Stalking); 18 U.S.C. § 875 (Interstate Threatening Communication); and 18 U.S.C. § 844 (Interstate Threat Involving Fire or Explosives).

2. To justify sealing the Indictment, the Government must demonstrate that: (1) there is a compelling Government interest requiring materials to be kept under seal and (2) there is no less restrictive means, such as redaction, available. *In re Search Warrants Issued on April 26, 2004*. 353 F. Supp. 2d 584 (D. Md. 2004).

3. Disclosure of the Indictment and Warrants at this time could seriously jeopardize the investigation by, among other things, causing the potential targets—who are unaware of the federal investigation—to flee or take steps to destroy or conceal evidence, which would adversely affect the outcome of the investigation.

4. The procedures for sealing are set forth in *Baltimore Sun Co. v. Goetz*, 886 F.2d 60 (4th Cir. 1989). "The judicial officer may explicitly adopt the facts that the government presents to justify the sealing." *Id*. at 65.

5. This motion and the Court's reasons for sealing should also be sealed. See id. Notice of the sealing is required, but the notice requirement is satisfied by the docketing of the order sealing the documents. *Id.*

WHEREFORE, the Government respectfully requests that the Indictment, Arrest Warrants, and other documents together with this motion and the Court's reasons for sealing, if made express in the Order, be placed under seal until the defendants have been arrested.

Respectfully submitted,

Erek. L. Barron
United States Attorney

By: _____
Robert I. Goldaris
Assistant United States Attorney

*Digitally signed by ROBERT GOLDARIS*
*Date: 2024.04.30 10:16:46 -04'00'*