IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | **CRIMINAL NO. JRR-24-0023** |
| v. | * | |
| | * | |
| **OWEN JARBOE,** | * | |
| **EVAN STRAUSS,** | * | |
| and | * | |
| **BRAYDEN GRACE** | * | |
| | * | |
| **Defendants.** | * | |

## MOTION TO UNSEAL CASE

1. The United States of America respectfully moves for an Order from the Court to unseal this case.

2. On April 30, 2024, a federal grand jury returned a Superseding Indictment against the defendants charging them with violating Title 18 United States Code Sections 371 (Conspiracy); 2261A(2)(B) (Cyberstalking); 875(c) (Interstate Threatening Communication); and 18 U.S.C. § 844(e) (Interstate Threat Involving Fire or Explosives).

3. Upon the United States' Motion, the Court sealed the Superseding Indictment and accompanying arrest warrants that same day. The Court's Order stated that the case would be automatically unsealed upon the arrest of all three defendants.

4. Two defendants are currently in custody. However, despite ongoing efforts, one defendant remains at large. The Federal Bureau of Investigation presently believes that this defendant is aware of his wanted status and is actively attempting to avoid capture. Accordingly, there is no longer reason for this case to remain sealed.

1

5. Furthermore, law enforcement is contemplating issuing public statements to assist in tracking down and arresting this defendant. To accomplish this, the FBI will need to reveal certain details, such as the defendant's identifying information and details of the charges.

6. Accordingly, the United States requests an Order unsealing the case.

Respectfully submitted,

Erek L. Barron
United States Attorney

Date: May 8, 2024        By:        _____

Robert I. Goldaris
Assistant United States Attorney