CLOSED

# U.S. District Court
# Southern District of Ohio (Columbus)
# CRIMINAL DOCKET FOR CASE #: 2:24-mj-00257-KAJ-1

Case title: USA v. Grace

Date Filed: 05/16/2024

Other court case number: 1:24-cr-23 USDC District of Maryland

Date Terminated: 05/20/2024

Assigned to: Magistrate Judge Kimberly A. Jolson

## Defendant (1)

**Brayden Grace**
*TERMINATED: 05/20/2024*

represented by **Stacey Lee MacDonald**
Federal Public Defenders Southern Ohio
10 w. Broad Street
Ste 1020
Columbus, OH 43215
614-469-2999
Email: stacey_macdonald@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 18:371.F, 18:2261.F, 18:875C.F, 18:844H.F | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Brian Martinez** <br> U.S. Attorney's Office <br> 303 Marconi Boulevard <br> Suite 200 <br> Columbus, OH 43215 <br> 614-469-5715 <br> Fax: 614-469-5653 <br> Email: Brian.Martinez2@usdoj.gov <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br> *Designation: Retained* |

[Email All Attorneys]

| Date Filed | # | Docket Text |
|---|---|---|
| 05/16/2024 | | Arrest (Rule 40) of Brayden Grace (jr) (Entered: 05/16/2024) |
| 05/16/2024 | 1 | Rule 5(c)(3) Documents Received as to Brayden Grace (Attachments: # 1 Indictment) (jr) (Entered: 05/16/2024) |
| 05/16/2024 | 2 | Minute Entry for proceedings held before Magistrate Judge Kimberly A. Jolson:Initial Appearance in Rule 5(c)(3) Proceedings as to Brayden Grace held on 5/16/2024 (Recorded By: CourtSmart) (jr) (Entered: 05/16/2024) |
| 05/16/2024 | 3 | CJA 23 Financial Affidavit by Brayden Grace. (jr) (Entered: 05/16/2024) |
| 05/16/2024 | 4 | ORAL ORDER APPOINTING FEDERAL PUBLIC DEFENDER for Brayden Grace. Signed by Magistrate Judge Kimberly A. Jolson on 5/16/24. (jr) (Entered: 05/16/2024) |
| 05/16/2024 | 5 | WAIVER of Rule 5 Hearing by Brayden Grace (jr) (Entered: 05/16/2024) |
| 05/16/2024 | 6 | ORAL MOTION for Detention Hearing by USA as to Brayden Grace. (jr) (Entered: 05/16/2024) |
| 05/16/2024 | 7 | ORAL ORDER granting 6 Motion for Detention Hearing as to Brayden Grace (1). Signed by Magistrate Judge Kimberly A. Jolson on 5/16/24. (jr) (Entered: 05/16/2024) |
| 05/16/2024 | 8 | ORDER OF TEMPORARY DETENTION as to Brayden Grace. Detention Hearing set for 5/20/2024 01:00 PM in Courtroom 203 - Columbus before Magistrate Judge Kimberly A. Jolson. Signed by Magistrate Judge Kimberly A. Jolson on 5/16/24. (jr) (Entered: 05/16/2024) |
| 05/16/2024 | 9 | Due Process Protections Act Order as to Brayden Grace Signed by Magistrate Judge Kimberly A. Jolson on 5/16/24. (jr) (Entered: 05/16/2024) |
| 05/20/2024 | 11 | Minute Entry for proceedings held before Magistrate Judge Kimberly A. Jolson: Detention Hearing as to Brayden Grace held on 5/20/2024 (Recorded By: CourtSmart) (jr) (Entered: 05/20/2024) |
| 05/20/2024 | 12 | ORDER OF DETENTION PENDING TRIAL as to Brayden Grace. Signed by Magistrate Judge Kimberly A. Jolson on 5/20/24. (jr) (Entered: 05/20/2024) |

| | | |
|---|---|---|
| 05/20/2024 | 13 | COMMITMENT TO ANOTHER DISTRICT as to Brayden Grace. Defendant committed to District of Maryland. Signed by Magistrate Judge Kimberly A. Jolson on 5/20/24. (jr) (Entered: 05/20/2024) |