UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| v. ) | Case No. 1:24-cr-23-JRR |
| ) | |
| **OWEN JARBOE** ) | |
| ) | |

**DEFENDANT'S SENTENCING MEMORANDUM**

This document provides notice of an under seal filing.