

SkeltonLaw, LLC  
P.O. Box 308  
Cabin John, MD 20818  
meghan@skelton.law  
240-425-2280

August 29, 2024

The Hon. Julie R. Rubin  
United States District Judge  
101 West Lombard Street  
Baltimore, MD 2120

    Re:   *United States v. Owen Jarboe*  
           Case No. 1:24-cr-023

Dear Judge Rubin,

    A point in the government's sentencing letter (ECF 131), filed earlier today, requires correction. The government stated that the Court resolved the one-point guidelines dispute at issue in Mr. Jarboe's co-defendant's case against the defendant at Mr. Brayden Grace's sentencing hearing. It is counsel's recollection, however, that this Court stated on the record during Mr. Grace's hearing that it would not resolve the dispute because the one-point difference was not going to impact Mr. Grace's sentence. *See* Fed. R. Crim. P. 32(i)(3)(B). Counsel will respond to other points raised in the government's letter during the hearing scheduled for September 10, 2025.

 

                                                      <u>s/ Meghan Skelton</u>  
                                                      Meghan Skelton  
                                                      Bar No. 30942  
                                                      SkeltonLaw, LLC  
                                                      P. O. Box 308  
                                                      Cabin John, MD 20818  
                                                      240-425-2280  
                                                      meghan@skelton.law

                                                      *Counsel for Owen Jarboe*